FILED
November 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**UNITED STATES OF AMERICA**
**V.**

Nayeli TORRES

**CRIMINAL COMPLAINT**

**Case Number: PE: 26-MJ-439**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 11/11/2026 in Presidio County, in the Western District Of Texas defendant(s) did, knowing and in reckless disregard of the fact that an alien, has come to, entered, and remained in the United States in violation of law, did transport and move or attempt to transport and move such alien within the United States in furtherance of such violation of law.

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(ii)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sebastian Torres
Printed Name of Complainant

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

,

11/16/2026 at Alpine, TX
Date City/State

David Fannin U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Nayeli TORRES

FACTS (CONTINUED)

Immigration History:
None Found

Criminal History:
None Found

AFFIDAVIT

United States of America v.

**Defendants:**

1) Nayeli Torres

On November 11, 2026, Border Patrol Agents conducting line watch duties along FM 170 East Observed a silver Cadillac sedan traveling eastbound at approximately 4:45 PM. During the agent's observation they noticed that there was only one subject in the vehicle at that time. At approximately 6:35 PM Agents observed the same Silver Cadillac sedan traveling westbound past McCall's Field on FM 170 East. Agents observed that there were now at least two occupants in the vehicle. Agents estimated that the turnaround time was approximately two hours, indicating that the vehicle traveled for an hour turned around and traveled an additional hour without reaching any destination such as Lajitas or big bend national park. Border Patrol Agents positioned their units behind the Silver Cadillac sedan to conduct a traffic stop. Once the Agents initiated the traffic stop using their emergency lights, the Agents approached the vehicle and identified themselves as United States Border Patrol Agents. Agents observed three occupants in the vehicle and conducted an immigration inspection. Agents observed that the male front passenger and the male back passenger both had wet shoes and pants from the shins down. During questioning from the Agents, the female driver stated she is a United States Citizen and the two male subjects admitted to being in the United States illegally. All three subjects were placed under arrest and transported to Presidio Border Patrol Station for further interviews and processing.

On November 11, 2026, at approximately 9:25 p.m., Border Patrol Intelligence Agents conducted post-Miranda interview of Nayeli Torres at the Presidio Border Patrol Processing Center regarding her apprehension. Torres was advised of her Miranda rights in Spanish using Form I-214. She acknowledged that she understood her rights and agreed to proceed with the interview without legal counsel present. Torres stated that she was heading to the Lajitas resort to ask if they could give her another chance at applying for the job as well as to get an application to fill out. Torres stated that during her drive to the Lajitas resort she saw two individuals on the side of the road where she stopped and the  two individuals entered her vehicle and asked if she could give them a ride. Torres reported she told them she couldn't because she was already heading somewhere and that the individual in the front passenger seat took her phone and was keeping track of time. She then stated that right after picking up the individuals that they were stopped by border patrol. Torres allowed agents consent to search her phone in front of her, she did not provide the passcode for her phone. During the review of her phone there were specific coordinates that were found on her phone. During further questioning, Torres stated that she wanted a lawyer and did not want to talk anymore. The interview was concluded at 10: 03 PM and no further questions were asked.

On November 11, 2026, at approximately 10:36 p.m., Border Patrol Intelligence Agents conducted a post-Miranda interview of Eduardo, Peralta-Gomez at the Presidio Border Patrol Processing Center regarding his apprehension. Gomez was advised of his Miranda rights in Spanish using Form I-214. He acknowledged that he understood his rights and agreed to proceed with the interview without legal counsel present. When asked how he got to Ojinaga to cross he explained that a friend of his in Juarez referred him to a facilitator to help him cross. He stated that he arrived in Ojinaga on the 5th of November on a bus and stayed at a hotel. Gomez explained that he paid 5 thousand pesos to the facilitator to cross into the United States and that he was going to pay another 4 thousand pesos once he arrived in Odessa, Texas. When asked about the day that he was picked up, he stated that he was picked up in the morning on November 11 from the hotel he was staying at. He was then transported near the river to cross and get picked up by the load vehicle. Once they got to the river and crossed, they were told to hide in the brush near the road to get picked up and that the foot guide would tell them when the vehicle is near. Once the vehicle was near Gomez stated that the foot guide yelled and told them that here comes the car to pick them up. Gomez stated that the foot guide did not cross over into the United States, that it was just him and the other subject that crossed. When asked where he was seated in the vehicle once he had entered, he stated that he was seated in the back seat. When asked what the plan was after they got picked up, Gomez stated that they did not know whether they were going to walk around the checkpoint or go through the checkpoint. When presented a photo lineup of the possible load driver he identified Nayeli Torres as the load driver.

On November 11, 2026, at approximately 11:12 p.m., Border Patrol Intelligence conducted a post-Miranda interview of Jose Arturo, Sanchez-Burciaga at the Presidio Border Patrol Processing Center regarding his apprehension. Burciaga was advised of his Miranda rights in Spanish using Form I-214. He acknowledged that he understood his rights and agreed to proceed with the interview without legal counsel present. When asked who he spoke to or got in contact with in order to cross he stated that he got a number from a relative in Durango that recommended a facilitator to help him cross. Once Burciaga crossed into the United States he stated he was heading to Amarillo for his final destination. When asked how much he paid in total to cross into the United States, he said he paid 10 thousand pesos. When asked how long he was in Ojinaga waiting to cross, he stated that he was there for 15 days at a hotel. When asked how many people there were when he was picked up from his hotel to cross into the United States, he stated that there were 2 people that came to pick him and the other subject up. Burciaga stated that once he was picked up, he was driven to Lajitas to cross the river to get picked up by a grey car. Once they got in the car the female driver told them that if they get pulled over by police that to tell them that they do not know her and that they were asking for a ride. When asked what the plan was once they were picked up, he stated that they were headed to Odessa but that he does not know how he was going to get through the checkpoint. He then later stated that an agent would let them through the Marfa, Texas checkpoint. When presented a photo lineup of the possible load driver he identified Nayeli Torres as the load driver.

Border Patrol Agent
Sebastian Torres

Honorable Judge David B. Fannin
United States Magistrate Judge